IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| HELEN HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-4029-CV-C-NKL |
| ) | |
| QUAKER WINDOW PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On February 5, 2007, Plaintiff Helen Hernandez filed a Complaint against her former employer, Defendant Quaker Window Products, Inc. ("Quaker"). In her Complaint, Plaintiff alleges that Quaker took an adverse action against her on account of her race and "[a]s a result of said racial discrimination the plaintiff was damaged by reason of lost wages and an inability to find employment." (Complaint, ¶ 9).

On April 23, 2007, Plaintiff's attorneys filed a motion to withdraw based, in part, on Plaintiff's failure to communicate with them. Plaintiff never responded to the Court's April 25, 2007 Order that she file a response to her counsels' motion to withdraw. On May 15, 2007, the Court granted Plaintiff's counsels' motion to withdraw.

Shortly thereafter, Quaker filed the pending Motion to Dismiss [Doc. # 13]. On June 12, 2007, the Court ordered Plaintiff to show cause on or before June 22, 2007, as to why Quaker's Motion to Dismiss should not be granted. As of the date of this Order, Plaintiff has failed to comply with the Court's June 12 Show Cause Order. As a result,

1

the Court concludes that Quaker's Motion to Dismiss is not opposed by Plaintiff.

Therefore, Quaker's Motion to Dismiss [Doc. # 13] is granted.

    IT IS SO ORDERED.

                                      s/ Nanette K. Laughrey
                                      NANETTE K. LAUGHREY
                                      United States District Judge

Dated: July 30, 2007
Jefferson City, Missouri